UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PRADEEP SRIVASTAVA
          Petitioner
   v.                                      **Judgment in a Civil Case**
UNITED STATES; TRACY W. JOHNS;
DR. JEFF ALLEN
          Respondents                 Case Number: 5:10-HC-2260-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for an initial review under 28 U.S.C. § 2243.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on August 1, 2011, with service on:
Pradeep Srivastava 39004-037, Federal Correctional Institution, P.O. Box 1000, Cumberland, MD 21502-1000 (via U.S. Mail)

August 1, 2011                                          /s/ Dennis P. Iavarone
                                                        Clerk